NUMBER 13-07-728-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


SEARS, ROEBUCK AND CO., Appellant,


v.



MOISES R. HERNANDEZ, Appellee.

________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Sears, Roebuck and Co., perfected an appeal from a judgment entered
by the 197th District Court of Cameron County, Texas, in cause number
2004-04-2318-C-B. Appellant has filed a motion to dismiss the appeal on grounds that the
parties have reached an agreement to settle and compromise their differences. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 10th day of January, 2008.